of the merchandise was admitted in evidence as exhibit 1 and upon agreement of counsel it was sent to the customs laboratory in New York for analysis. The laboratory report, admitted as exhibit 2, stated that "the fish are fried or packed in lard." In accordance therewith the claim at 25 percent under paragraph 718 was sustained.

APRIL 18, 1944

**No. 49376.—** Protest 961673–G of Great Lakes Foundry Sand Co. Government's application for rehearing granted.

APRIL 24, 1944

**No. 49377.—** Petition 6340–K of Gerhart L. Kobrak. C. D. 838. Government's application for rehearing denied.

**No. 49378.—**SUIT 4446.— United States v. Aris Gloves, Inc., C. D. 741 modified. C. A. D. 268.

**No. 49379.—**SUIT 4449.— United States v. C. J. Tower & Sons. affirmed March 6, 1944. C. A. D. 271.

**No. 49380.—**SUIT 4458.— GORILLA.—Ringling Bros. Barnum & Bailey Combined Shows, Inc. v. United States. affirmed March 6, 1944. C. A. D. 272.

BEFORE THE THIRD DIVISION, APRIL 26, 1944

**No. 49381.—**Petition 6314–R of Wing Lee Co. (Los Angeles).

Opinion by CLINE, J. From the testimony of the witness for the petitioner it was found that the commercial invoice was written in the Chinese language but he checked the prices on the commercial invoice with the Chinese importer and found they were the same as on the consular invoice, and that the importer stated the prices were those freely offered. Previous to making entry an effort was made to secure information from the appraiser as to the value of the merchandise in question but the appraiser reported "unable to identify the goods on brands prior to examination." He received no notice from the customs authorities that the prices were incorrect until he received a notice of advance. He had never before made entry of like merchandise. On the record the court found that the entry was made without intention to misrepresent the facts or defraud the revenue of the United States, or to deceive the appraiser. The petition was therefore granted.

BEFORE THE FIRST DIVISION, APRIL 27, 1944

**No. 49382.—**Protest 107913–K of 21 Brands, Inc. (New York).